E-FILED 03/03/14
closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLA BUTLER and PHIL FIKES,<br><br>        Plaintiff,<br><br>    v.<br><br>ELSINORE VALLEY MUNICIPAL WATER DISTRICT; RONALD YOUNG; WATER EMPLOYEE SERVICES AUTHORITY; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.: EDCV-12-01900 PSG(OPx)<br><br>*[Honorable Philip S. Gutierrez]*<br><br>[~~PROPOSED~~] JUDGMENT |

1

# [~~PROPOSED~~] JUDGMENT

This action came before the Court, the Honorable Philip S. Gutierrez, United States District Judge presiding, on a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. The court found the matter appropriate for decision without oral argument. The evidence, authority and argument duly submitted on the moving, opposition and reply papers having been fully considered, and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff Phil Fikes take nothing by his Complaint, that judgment be entered in favor of Defendants Elsinore Valley Municipal Water District, Ronald Young, and Water Employee Services Authority, and that such Defendants recover their costs.

Dated: 03/03/14

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ
United States District Judge