Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax:          (951) 686-4801
dew@wagner-pelayes.com

E-FILED 03/11/14
closed

Attorneys for Plaintiffs,
ESTELLA BUTLER and PHIL FIKES

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLA BUTLER and PHIL FIKES,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELSINORE VALLEY MUNICIPAL WATER DISTRICT; WATER EMPLOYEE SERVICES AUTHORITY; RONALD YOUNG; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.:<br>ED CV 12-01900 PSG (OPx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL<br><br>[Hon. Philip S. Gutierrez] |

1

Pursuant to the Stipulation and for good cause . . .

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That pursuant to the stipulation of the parties, all claims by ESTELLA BUTLER against defendants are hereby dismissed with prejudice.

Dated: 03/10/14

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2

DEW:dc

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL BY PLAINTIFF ESTELLA BUTLER